IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

KRISTEN M. BROWN                                                    PLAINTIFF

v.                                  Civil No. 10-3111

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                      DEFENDANT

## J U D G M E N T

For reasons stated in the memorandum opinion of this date, we hereby affirm the decision

of the Commissioner and dismiss plaintiff's case with prejudice. **The parties have sixty days**

**from entry of the judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 30th day of January 2012.


/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)